UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:05-CR-381 |
| | ) | |
| | ) | ATLANTA, GEORGIA |
| V. | ) | MAY 24, 2007 |
| | ) | |
| | ) | |
| EVERETT TRIPODIS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:          JOE PLUMMER
                             ASSISTANT U.S. ATTORNEY

FOR THE DEFENDANT:           DAVID WOLFE
                             DEFENSE ATTORNEY

COURT REPORTER:    PAT M. TANNER
                   REGISTERED DIPLOMATE REPORTER
                   1994 U. S. COURTHOUSE
                   ATLANTA, GEORGIA  30303-3361
                   (404) 215-1468