IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

       PLAINTIFF,

   VS.

EVERETT JEROME TRIPODIS,

     DEFENDANT.

DOCKET NUMBER
1:05-CR-381-ODE

ATLANTA, GEORGIA
MOTION HEARING
JULY 23, 2007

TRANSCRIPT OF TAPE-RECORDED PROCEEDINGS
BEFORE THE HONORABLE ALAN J. BAVERMAN,
UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

FOR THE GOVERNMENT:     U. S. ATTORNEY'S OFFICE
                         BY: A.U.S.A. JOSEPH PLUMMER
                           ATLANTA, GEORGIA

FOR DEFENDANT:         L. DAVID WOLFE, ESQ.
                       ATLANTA, GEORGIA

TRANSCRIBED BY:     ANDY ASHLEY
                   OFFICIAL COURT REPORTER
                   1949 U.S. COURTHOUSE
                   75 SPRING STREET
                   ATLANTA, GA 30303
                   (404) 215-1478

PROCEEDINGS RECORDED BY TAPE, TRANSCRIPT PRODUCED BY COMPUTER.

1        *(IN ATLANTA, FULTON COUNTY, GEORGIA, MONDAY, 07-23-07;*

2  *IN OPEN COURT.)*

3             THE COURT: THIS IS THE CASE OF UNITED STATES OF

4  AMERICA VERSUS EVERETT TRIPODIS.  IT'S CASE NUMBER 1:05-CR-

5  381.  IT'S ASSIGNED TO JUDGE EVANS AND WITH JUDGE FELDMAN'S

6  RETIREMENT, IT HAS BEEN REFERRED TO ME BY JUDGE EVANS.  MR.

7  PLUMMER IS HERE REPRESENTING THE UNITED STATES.  MR. WOLFE

8  IS HERE REPRESENTING MR. TRIPODIS.  I SET THIS DOWN FOR A

9  HEARING TODAY.  THERE ARE ACTUALLY TWO MOTIONS.  THERE'S MR.

10  WOLFE'S MOTION WHICH IS DOCUMENT 125, A MOTION TO WITHDRAW

11  AS COUNSEL.  AND MR. TRIPODIS HAD FILED A PRO SE MOTION

12  REQUESTING APPOINTMENT OF COUNSEL FOR APPEAL WHICH IS

13  DOCUMENT NUMBER 111.  THERE ARE A NUMBER OF OTHER MATTERS

14  PENDING BUT IF I LET MR. WOLFE WITHDRAW, THEY WILL AWAIT NEW

15  COUNSEL TO BE ABLE TO REPRESENT MR. TRIPODIS.  SO WE CAN

16  TALK ABOUT THOSE.

17       FIRST OF ALL, WHAT IS THE GOVERNMENT'S POSITION?

18             A.U.S.A. PLUMMER: YOUR HONOR, I DON'T THINK THE

19  GOVERNMENT HAS ANY INTEREST IN ATTORNEY/CLIENT RELATIONSHIP

20  BETWEEN MR. WOLFE AND MR. TRIPODIS.

21             THE COURT: OKAY.  ALL RIGHT, WELL, I FIGURED THAT'S

22  WHAT YOU WERE GOING TO SAY, MR. PLUMMER, BUT I WANTED TO

23  HAVE YOU HERE.  NOW, HOWEVER, I'M GOING TO EXCUSE YOU.  AND

24  IF YOU WOULD JUST REMAIN OUT IN THE HALLWAY, I'LL CALL YOU

25  BACK IN.

1      A.U.S.A. PLUMMER: ALL RIGHT.  THANK YOU.

2      THE COURT: OKAY, THE RECORD SHOULD REFLECT THAT MR.

3  PLUMMER HAS LEFT THE COURTROOM.  ALL RIGHT, MR. WOLFE, LET

4  ME HEAR FROM YOU.

5      MR. WOLFE: OKAY.  GOOD MORNING, JUDGE.  JUDGE, I DO

6  WANT TO SAY FOR YOU AND THE RECORD THAT MR. TRIPODIS AND I

7  ACTUALLY HAVE A PRETTY GOOD RELATIONSHIP, IN FACT A VERY

8  GOOD RELATIONSHIP.  WE'VE WORKED VERY HARD ON THE

9  ALLEGATIONS IN HIS CASE THAT WERE PRETTY ALL-ENCOMPASSING.

10 WHEN WE RESOLVED THIS CASE WITH A PLEA, IT WAS DURING THE

11 PLEA HEARING THAT CERTAIN THINGS OCCURRED THAT MADE, THE WAY

12 I UNDERSTAND IT, MR. TRIPODIS BELIEVE THAT THERE HAD BEEN

13 SOME VIOLATIONS OF THE PLEA AGREEMENT.  HE AND I HAVE TALKED

14 BACK AND FORTH WITH REGARD TO THOSE THINGS.

15     THERE WERE ALSO -- THERE ARE ALSO SOME APPELLATE ISSUES,

16 ONE IN PARTICULAR THAT I THINK IS AN INTERESTING AND GOOD

17 ISSUE, BUT I WAS RETAINED TO REPRESENT HIM FOR THE

18 INDICTMENTS THAT WERE PENDING AGAINST HIM AND I DID

19 REPRESENT HIM HERE IN FEDERAL COURT AND I'M STILL

20 REPRESENTING HIM OVER IN STATE COURT.  I WASN'T RETAINED TO

21 DO AN APPEAL IN THIS CASE AND MR. TRIPODIS DOESN'T HAVE THE

22 RESOURCES TO DO AN APPEAL.

23     AS WE REVIEW THE TRANSCRIPT OF THE SENTENCING HEARING,

24 MR. PLUMMER HAS RESPONDED -- JUDGE EVANS DID NOT ASK FOR ANY

25 JONES EXCEPTIONS AND SHE DIDN'T ADVISE MR. TRIPODIS OF HIS

3

1    RIGHTS TO APPEAL.  MR. TRIPODIS'S SENTENCING ALSO DEALT WITH

2    WHETHER OR NOT HIS SENTENCE SHOULD RUN CONCURRENTLY OR

3    CONSECUTIVELY TO HIS SUPERVISED RELEASE REVOCATION WHICH HAD

4    ENDED SOME NINETEEN MONTHS BEFORE.  AT THE CONCLUSION OF THE

5    SENTENCING, WE DEALT WITH THE SUPERVISED RELEASE REVOCATION

6    AND WHETHER OR NOT IT SHOULD RUN CONCURRENTLY OR

7    CONSECUTIVELY.  MS. EVANS ASKED IF THERE WERE ANY

8    EXCEPTIONS, AND I RESPONDED TO WHAT SHE HAD DONE BY RUNNING

9    THE CASES CONSECUTIVELY SINCE HE HAD -- THIS INDICTMENT

10   WASN'T RETURNED UNTIL AFTER HE HAD BEEN SENTENCED -- HE HAD

11   BEEN SENTENCED AND FINISHED WITH HIS NINETEEN MONTHS OF

12   SUPERVISED RELEASE REVOCATION.  AND I DID RESERVE THAT

13   EXCEPTION.

14        MR. PLUMMER HAS SUGGESTED THAT PERHAPS AT SENTENCING --

15   WHEN I SAY RESERVED, SHE SAID ANY EXCEPTIONS AND I SAID

16   YEAH, JUDGE, HIS GUIDELINES FOR THE SUPERVISED RELEASE WERE

17   TEN MONTHS AND HE GOT NINETEEN MONTHS.  YOU SHOULD AT LEAST

18   RUN THE NINE MONTHS THAT JUDGE TIDWELL -- WENT OVER THOSE

19   SORTS OF THINGS, I ARGUED SPECIFICALLY THAT ISSUE.  MR.

20   PLUMMER IS SUGGESTING THAT THAT MAY HAVE BEEN A JONES

21   INQUIRY AND IF IT WAS THAT IF I DIDN'T PRESERVE SOME OF THE

22   OTHER ISSUES, I MAY HAVE BEEN INEFFECTIVE WHICH I GUESS SOME

23   APPELLATE COUNSEL WOULD HAVE TO RAISE OTHER THAN MYSELF.

24        IF I AM ALLOWED TO WITHDRAW, AND IF MR. TRIPODIS IS

25   APPOINTED NEW APPELLATE COUNSEL OR COUNSEL TO HELP HIM WITH

4

1  HIS POST-SENTENCE MOTIONS, HE KNOWS AND I'VE SHARED WITH HIM

2  THAT I WILL DO EVERYTHING THAT I CAN TO ASSIST THAT

3  INDIVIDUAL.  I MAY BE A WITNESS AND I GUESS FOR THOSE

4  OVERALL REASONS, I'M ASKING TO WITHDRAW.

5          THE COURT: OKAY.  MR. TRIPODIS, LET ME HEAR FROM

6  YOU.

7          MR. TRIPODIS: OKAY, SHALL I GO TO THE PODIUM OR

8  SPEAK FROM HERE?

9          THE COURT: NO, JUST PUSH THE MICROPHONE CLOSER TO

10  YOU.

11          MR. TRIPODIS: OKAY.  AS MR. WOLFE HAS INDICATED, WE

12  DO HAVE A GOOD RELATIONSHIP AND WE DID WORK TOGETHER WITH

13  REGARDS TO THE OBJECTIONS AND -- TO THE PRESENTENCE REPORT.

14  AND MY -- A HUMONGOUS PORTION OF MY POST-SENTENCING MOTIONS

15  DEAL WITH THE GOVERNMENT'S -- WHAT I INTERPRET TO BE THE

16  GOVERNMENT'S BREACH OF THE PLEA AGREEMENT.

17      AND AT SENTENCING I FEEL LIKE THEY BREACHED THE

18  AGREEMENT AND I FILED THE MOTIONS PRO SE BECAUSE I HAD NOT

19  RETAINED MR. WOLFE FOR THE APPELLATE PROCESS.  AND ONCE I

20  OBTAINED A COPY OF THE TRANSCRIPT AND READ IT, THERE IS A

21  LITTLE AMBIGUITY, I THINK IT'S SLIGHTLY AMBIGUOUS AS TO HOW

22  IT COULD BE INTERPRETED WHEN JUDGE EVANS SAID, "ANY

23  EXCEPTIONS."  I DIDN'T TAKE IT AS HER SOLICITING FULLY

24  ARTICULATED OBJECTIONS TO THE CONCLUSIONS OF LAW OR THE

25  MANNER IN WHICH THE SENTENCE WAS IMPOSED.  BUT CERTAINLY THE

1   GOVERNMENT HAS TAKEN IT THAT WAY AND IF IN FACT IT IS TO BE

2   INTERPRETED AS SATISFYING THE JONES RULE, THEN THERE COULD

3   BE -- THERE WILL MORE THAN LIKELY BE AN ISSUE AS TO WHETHER

4   OR NOT MR. WOLFE WAS INEFFECTIVE FOR NOT PRESERVING MY

5   OBJECTIONS WITH REGARDS TO THE OTHER ISSUES AT THE

6   SENTENCING HEARING.

7       SO THIS ISN'T A SITUATION WHERE, YOU KNOW, I'M FIGHTING

8   WITH MR. WOLFE OR WHERE, YOU KNOW, I THINK HE'S A BAD GUY

9   AND, YOU KNOW, HE RUINED MY LIFE.  IT'S JUST BASICALLY I

10  DIDN'T APPOINT -- I DIDN'T -- I CAN'T AFFORD TO HIRE AN

11  ATTORNEY ON MY OWN AND THERE MAY BE SOME INEFFECTIVE ISSUES

12  THERE I MIGHT HAVE TO RAISE.

13          THE COURT: OKAY, MR. WOLFE, I NEED TO KNOW HOW MUCH

14  YOU WERE PAID, UNDER THE ELEVENTH CIRCUIT RULES.

15          MR. WOLFE: I KNOW HOW MUCH IT WAS.  I THINK IT WAS

16  IN 2005.  MY ENTRY OF APPEARANCE WILL BE REFLECTED ON THE

17  DOCKET.  I WAS PAID $35,000.  AND I AM HANDLING THIS CASE.

18  AND IF YOU LOOK AT THE DOCKET, WE'VE DONE A TREMENDOUS

19  AMOUNT OF WORK IN THIS CASE, BUT I'M ALSO HANDLING TWO

20  FELONY INDICTMENTS THAT WERE RETURNED IN THE SUPERIOR COURT

21  OF FULTON COUNTY WITH REGARD TO MR. TRIPODIS, ALL FOR THE

22  SAME THING.  AND THOSE CASES ARE STILL PENDING DOWN THERE.

23          THE COURT: IS THAT -- IT'S NOT A SITUATION WHERE AS

24  A RESULT OF MR. TRIPODIS'S FEDERAL SENTENCE, THE STATE

25  AUTHORITIES ARE GOING TO REMIT?

1      MR. WOLFE: UNDER THE STATUTORY DOUBLE JEOPARDY

2  STATUTE, I HAVE A MOTION WITH REGARD TO ONE OF THOSE CASES.

3  WITH REGARD TO THE OTHER CASE, THE ANSWER IS NO, JUDGE.

4      THE COURT: ALL RIGHT.  I THINK BASED ON THE

5  STATEMENTS OF MR. TRIPODIS THAT A CLAIM MIGHT HAVE TO BE

6  BROUGHT AS TO WHETHER OR NOT CERTAIN OBJECTIONS WERE MADE.

7  ALTHOUGH THAT CAN'T BE RAISED ON DIRECT APPEAL AND THERE'S

8  AN ISSUE IN MY MIND AS TO WHETHER OR NOT I HAVE, OR JUDGE

9  EVANS HAS, JURISDICTION TO RULE ON ANY OF THE PENDING

10  MOTIONS BECAUSE THERE WAS A NOTICE OF APPEAL FILED.  BUT

11  WE'LL ADDRESS THAT.  BASED ON ALL THAT, I WILL GRANT THE

12  MOTION TO WITHDRAW AS COUNSEL.

13      MR. WOLFE: MAY I SHARE ONE THING WITH YOU, JUDGE?

14  JUST SO YOU KNOW, THERE WAS A -- WITH REGARD TO THE POST-

15  SENTENCING MOTIONS, MR. TRIPODIS FILED THEM WITH AN EYE

16  TOWARDS WHAT YOU JUST MENTIONED.

17      THE COURT: RIGHT, I UNDERSTAND THAT.

18      MR. WOLFE: AND HE FILED THE NOTICE OF APPEAL LAST,

19  SO THAT WAS NUMBER ONE.  BUT NUMBER TWO, ALTHOUGH THERE WERE

20  SOME APPEAL WAIVERS IN HIS PLEA AGREEMENT, THERE WAS --

21  JUDGE EVANS DID UPWARDLY DEPART FROM THE OTHERWISE GUIDELINE

22  RANGE, SO I THINK THERE IS AN APPELLATE -- THERE ARE

23  APPELLATE ISSUES.

24      THE COURT: OKAY.  WELL, I'M -- I WILL GRANT YOUR

25  MOTION, AS WELL AS MR. TRIPODIS'S MOTION.  I'M GOING TO LET

1    YOU OUT, MR. WOLFE.  MR. TRIPODIS, I'M GOING TO GRANT YOUR

2    MOTION FOR COUNSEL FOR APPEAL, BUT I NEED YOU TO FILL OUT A

3    FINANCIAL AFFIDAVIT.  AND I WILL ASK MR. WOLFE, AS HIS LAST

4    OFFICIAL ACT IN THIS CASE, TO ASSIST YOU IN DOING THAT.

5    ASSUMING THAT IT SHOWS THAT YOU QUALIFY FOR COURT-APPOINTED

6    COUNSEL, I WILL APPOINT COUNSEL TO REPRESENT YOU.

7              MR. WOLFE: MUCH OF THE -- IF THE COURT WILL ALLOW

8    ME, MUCH OF HIS FINANCIAL STATUS, IT WAS IN THE PRESENTENCE

9    REPORT AND I'LL BE HAPPY TO SHARE THAT OR A COPY OF THAT

10   ASPECT OF IT WITH YOU AS A PART OF THE --

11             THE COURT: THAT WOULD BE GOOD, BECAUSE I DON'T HAVE

12   ACCESS TO THAT RIGHT NOW.

13             MR. TRIPODIS: YOUR HONOR, I ALSO HAD TO FILE -- THE

14   CLERK SENT ME SOME PAPERWORK TO PROCEED IN FORMA PAUPERIS

15   THAT I FILLED OUT AND SENT BACK TO THE CLERK.  THAT MAY ALSO

16   BE ON FILE.

17             THE COURT: LET ME SEE.  I REMEMBER SEEING THAT.

18   HERE IT IS.  IT'S DOCUMENT [121].  DO YOU NEED TO SEE THIS,

19   MR. WOLFE?

20             MR. WOLFE: WHAT IS THAT, YOUR HONOR?

21             THE COURT: THE IN FORMA PAUPERIS AFFIDAVIT THAT MR.

22   TRIPODIS FILED ON JUNE 12TH.

23             MR. WOLFE: IF YOU ACTUALLY HAVE A COPY OF IT --

24             THE COURT: I DO.

25             MR. WOLFE: I COULD -- THE OTHER WAY, I COULD GIVE

1   YOU THE PRESENTENCE REPORT AND THAT MIGHT --

2              THE COURT: OKAY.

3              MR. WOLFE: AND I MUST SAY, JUST FOR THE RECORD,

4   THAT I WASN'T COMPLETELY INEFFECTIVE AT SENTENCING.  WE

5   ACTUALLY HAD A VERY GOOD SENTENCING, IT'S JUST SOME ISSUES

6   CAME UP AT THE END THAT, YOU KNOW, WHERE I MAY HAVE --

7   THAT'S THE ISSUE THAT WE'RE TALKING ABOUT, WHAT I SHARED

8   WITH YOU A MOMENT AGO.

9              THE COURT: RIGHT.

10             MR. WOLFE: HERE'S THE AMENDED REPORT AND THE

11  OBJECTIONS.  AND THE FINANCIAL INFORMATION IS IN THE BACK.

12             THE COURT: WHAT'S THE AMOUNT OF THE RESTITUTION IN

13  THE OTHER CASE?

14             MR. WOLFE: FORTUNATELY, JUDGE, THERE WAS NONE.  ALL

15  THE VEHICLES WERE RECOVERED, SO THERE IS NO RESTITUTION

16  AMOUNT.

17             THE COURT: THIS PRESENTENCE REPORT --

18             MR. TRIPODIS: I THINK HE'S SPEAKING ABOUT THE

19  PREVIOUS CASE.

20             THE COURT:  -- REFERENCES ANOTHER CASE.

21             MR. WOLFE: OH, THE OTHER CASE.  I BEG YOUR PARDON.

22             MR. TRIPODIS: IT IS -- IT WAS INITIALLY $264,000,

23  YOUR HONOR.  AND I THINK THAT I PAID ABOUT $50,000 OF THAT.

24  BUT TO THE EXTENT THAT THE OFFENSE WAS COMMITTED AFTER 1996,

25  THERE'S INTEREST, SO I'M NOT COMPLETELY SURE AS TO EXACTLY

9

1  HOW MUCH IT IS RIGHT NOW.

2        THE COURT: MR. TRIPODIS, IF YOU WOULD RAISE YOUR

3  RIGHT HAND.  DO YOU SWEAR OR AFFIRM THAT THE EVIDENCE YOU

4  ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING BEFORE THE COURT

5  IS THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH, SO

6  HELP YOU GOD?

7        MR. TRIPODIS: YES, YOUR HONOR.

8        THE COURT: ALL RIGHT.  YOU HAVE JUST PREPARED THIS

9  FINANCIAL AFFIDAVIT?

10        MR. TRIPODIS: YES.

11        THE COURT: IS IT A TRUE, CORRECT, ACCURATE AND

12  COMPLETE STATEMENT OF YOUR FINANCIAL CONDITION AS IT

13  CURRENTLY EXISTS?

14        MR. TRIPODIS: YES, SIR.

15        THE COURT: ALL RIGHT.  I FIND YOU QUALIFY FOR

16  COURT-APPOINTED COUNSEL, AND I WILL APPOINT A NEW LAWYER TO

17  REPRESENT YOU POST-TRIAL FOR APPEAL PURPOSES.  WHERE ARE YOU

18  BEING HOUSED -- AT SOUTH FULTON?

19        MR. TRIPODIS: YES, YOUR HONOR.

20        THE COURT: ALL RIGHT.  WELL, WE'LL CALL AROUND AND

21  FIND YOU A LAWYER.  I THINK THE FEDERAL DEFENDER PROGRAM IS

22  CONFLICTED OUT.  THEY REPRESENTED MS. STANTON.  PROBABLY

23  ANYBODY WHO'S WITH THE FEDERAL DEFENDER PROGRAM IN THE LAST

24  TWO YEARS WOULD LIKELY BE CONFLICTED OUT, SO WE'LL HAVE TO

25  FIND SOMEBODY WHO'LL BE IN TOUCH WITH YOU.  AND THEN I WILL

1    RECONFIRM WITH JUDGE EVANS THAT SHE WANTS ME TO HANDLE

2    WHATEVER MATTERS ARE STILL PENDING.

3            MR. TRIPODIS: OKAY.

4            MR. WOLFE: MAY I ASK ONE QUESTION, JUDGE?  HE WAS

5    SENTENCED, I DON'T KNOW, WITHIN THE LAST SIXTY DAYS AND WILL

6    SOON BE IN TRANSIT.  I DON'T KNOW IF THERE IS -- I DON'T

7    KNOW WHO HAS THE AUTHORITY TO DO WHAT, BUT IS THERE ANYTHING

8    THAT CAN BE DONE TO KEEP HIM HERE UNTIL THAT PERSON IS

9    APPOINTED AND AT LEAST THE MOTIONS PENDING HERE IN COURT ARE

10   RESOLVED?

11           THE COURT: MY RECOLLECTION IS THERE IS, BECAUSE I

12   USED TO DO IT, BUT I'M TRYING TO THINK ABOUT WHETHER OR NOT

13   IT'S FEDERAL AS WELL AS STATE.  BUT I'LL APPOINT SOMEBODY

14   TODAY WHO CAN JUMP ON THAT FAIRLY QUICKLY.  IF YOU COULD

15   CALL MR. PLUMMER BACK IN.

16           [A.U.S.A. PLUMMER RETURNS TO COURTROOM.]

17       ALL RIGHT, MR. PLUMMER, I MADE INQUIRY OF MR. WOLFE AND

18   MR. TRIPODIS AND I THINK THAT IT'S PRUDENT TO ASSIGN ANOTHER

19   LAWYER TO MR. TRIPODIS AT THIS STAGE OF THE PROCEEDINGS.  HE

20   QUALIFIES FOR COURT-APPOINTED COUNSEL AND I WILL APPOINT A

21   LAWYER TO REPRESENT HIM.  AT THAT POINT, I WILL DO TWO

22   THINGS.  FIRST, I WILL CONFIRM WITH JUDGE EVANS THAT SHE

23   WANTS ME TO HANDLE THE MATTER OF THE OTHER MOTIONS THAT ARE

24   PENDING AND I WILL ISSUE AN ORDER.  ONE OF THE QUESTIONS I

25   HAVE IS WHETHER OR NOT THIS COURT, THE DISTRICT COURT, HAS

11

1  JURISDICTION TO RULE ON ANY OF THE MATTERS.  SO I'LL ISSUE A

2  BRIEFING SCHEDULE SO I CAN HEAR FROM NEW COUNSEL AND FROM

3  THE GOVERNMENT IN REGARD TO THAT.  OKAY?

4       IS THERE ANYTHING FURTHER WE NEED TO TALK ABOUT TODAY?

5            MR. WOLFE: NO, THANK YOU.  CAN I HAVE MY --

6            THE COURT: YOU MAY HAVE YOUR --

7            MR. WOLFE: MAY I.

8            THE COURT:  -- PSR BACK.  OBVIOUSLY, YOU'RE

9  DIRECTED TO COOPERATE WITH NEW COUNSEL, AS I'M SURE YOU

10  WILL.

11            MR. WOLFE: YES, SIR.

12            THE COURT: ALL RIGHT.  WE'LL BE IN RECESS.  THANK

13  YOU ALL FOR COMING IN.

14                    [COURT ADJOURNED.]

15

16

17

18

19

20

21

22

23

24

25

1               **C E R T I F I C A T E**

2    UNITED STATES OF AMERICA,

3    NORTHERN DISTRICT OF GEORGIA:

4

5            I, ANDY ASHLEY, OFFICIAL COURT REPORTER OF THE

6    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

7    GEORGIA, DO HEREBY CERTIFY THAT THE FOREGOING 11 PAGES

8    CONSTITUTES A TRUE TRANSCRIPT, TO THE BEST OF MY ABILITY, OF

9    THE TAPE-RECORDED PROCEEDINGS HAD BEFORE THE SAID COURT,

10   HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE MATTER THEREIN

11   STATED.

12           IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON

13   THIS, THE _____ DAY OF SEPTEMBER, 2008.

14

15                              _____
                               ANDY ASHLEY
16                             OFFICIAL COURT REPORTER
                               UNITED STATES DISTRICT COURT
17

18

19

20

21

22

23

24

25