UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

APR 2 7 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

U. S. A. vs. Everett Tripodis                         Docket No. 1:05-CR-381-01-ODE

## PETITION AND ORDER TO MODIFY THE CONDITIONS
## OF SUPERVISED RELEASE

COMES NOW James J. Lee PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Everett Tripodis** who was placed on supervision for the offenses of Tampering with a Vehicle Identification Number, 18 U.S.C. §511, Mail Fraud, 18 U.S.C. §1341, and Conspiracy to Transport in Interstate Commerce A Stolen Motor Vehicle and Tampering with a Vehicle Identification Number 18 U.S.C. §§511 and 2312, by the Honorable Orinda D. Evans, sitting in the court at Atlanta, on the 24th day of May, 2007, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall submit to drug testing if requested to do so by the probation officer.
2. The defendant shall submit to mandatory DNA testing for Federal Offenders convicted of felony offenses.
3. The defendant shall not own, or possess, nor have under his control a firearm, dangerous weapon or other destructive device as defined in 18 U.S.C. §921.
4. The defendant shall submit to a mental health evaluation, and if deemed necessary, participate in a program of mental health treatment as directed by the Probation Office.
5. The defendant shall submit to a search of his person, property, residence and/or vehicle at the request of the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The offender is under supervision for a felony fraud conviction. He has a prior felony fraud conviction. It is the opinion of the probation officer that financial disclosure condition will significantly assist the probation office in monitoring the offender's financial activities and thus such a condition is requested in the form of a modification to the current conditions of supervised release. The offender and his attorney have discussed the modification and agreed to it. A waiver of hearing signed by the offender is also attached.

**PRAYING THAT THE COURT WILL ORDER** that the terms and conditions of supervised release be modified to include a condition requiring the offender to make full and complete disclosure of finances and to submit to an audit of the financial documents at the request of the probation officer.

**ORDER OF COURT**

Considered and ordered this 23 day of April 2010, and ordered filed and made a part of the records in the above case.

_____
**Honorable Orinda D. Evans**
Sr. U. S. District Court Judge

Respectfully,

_____
James J. Lee
Sr. U. S. Probation Officer

Date: April 22, 2010

_____
Alvenia P. Singleton
Supervising U. S. Probation Officer