# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:05-cr-00381-ODE-JMF
### USA v. Tripodis et al
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 09/20/2011.

| | |
|---|---|
| TIME COURT COMMENCED: 2:02 P.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 2:22 P.M. | USPO: James Lee |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Vicki Hanna |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Everett Jerome Tripodis Present at proceedings |
| ATTORNEY(S) PRESENT: | Joseph Plummer representing USA<br>Steven Sadow representing Everett Jerome Tripodis |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED-IN-PART AND DENIED-IN-PART allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | Sentence: Custody of the Bureau of Prisons for 18 months; a term of 18 months supervised release to follow. Same conditions apply. |