UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 27 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

EVERETT JEROME TRIPODIS

CRIMINAL ACTION NO.
1:05-CR-381-01-ODE

ORDER REVOKING SUPERVISED RELEASE - JUDGMENT AND COMMITMENT

A Probation Officer of this Court having moved the Court to revoke the supervised release heretofore granted defendant by the Honorable Orinda D. Evans, United States District Judge, 24th day of May, 2007, for a period of SIXTY (60) MONTHS, and

The defendant having been ordered to show cause before me in person and upon considering the evidence and the arguments of the parties, it is

ORDERED AND ADJUDGED that supervised release be REVOKED and defendant is committed to the Custody of the Bureau of Prisons for imprisonment for EIGHTEEN (18) MONTHS.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of EIGHTEEN (18) MONTHS. While on supervised release, the defendant shall not commit another federal, state, or local crime; and shall comply with the standard conditions that have been adopted by this court.  IN ADDITION, the defendant shall comply with all of the additional special conditions that were imposed by the original sentence on May 24, 2007.

Let a copy of this judgment and order revoking supervised release be served upon defendant, the Probation officer of the Court, the United States Attorney and the United States Marshal.

SO ORDERED, this 26 day of September, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE